UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**Spectrum Brands, Inc. and**
**Pet Technology Worldwide LLC**

    Plaintiffs,

    v.

**The Individuals, Corporations, Limited**
**Liability Companies, Partnerships, and**
**Unincorporated Associates Identified on**
**Schedule "A"**

    Defendants.

Case No. 1:24-cv-04849

Judge John J. Tharp, Jr.
*Emergency Judge Lindsay C. Jenkins*

---

**PROPOSED ORDER TO MODIFY THE TEMPORARY RESTRAINING ORDER AND EXTENSION OF TEMPORARY RESTRAINING ORDER**

---

Pending before this Court is an Emergency Motion to Dissolve the TRO (Doc. 50) brought by defendants Genhigh Tech Co., Limited (Def. 58), Shenzhenshixinjihaikejihehuoqiye (Def. 57), Jihai Technology Shenzhen Co., Ltd. (Def. 59), and Jilinshengaitedianzishangwuyouxiangongsi (Def. 60) (collectively, the "Defendants"). A telephonic hearing was held on August 2, 2024 before Emergency Judge Lindsay C. Jenkins. Paragraphs 2 and 6 in the Temporary restraining Order (Doc. 29) and Extension of Temporary Restraining Order (Doc. 33) shall be modified to state:

2.    Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts, except as specified in Paragraph 6 of this Order.

6. Any Third Pary Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to the Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 2 and 3 to the Supplemental Declaration of Ashley Moody, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court, with exceptions as follows:

        i. Defendant 57 may transfer or dispose of any money or other of Defendant 57's assets in Defendant 57's financial account with Amazon, as long as its financial account maintains a minimum of $500,000. If said minimum is maintained, Defendant 57's financial accounts shall remain unfrozen.

        ii. Defendant 58 may transfer or dispose of any money or other of Defendant 58's assets in Defendant 58's financial accounts, as long each financial account maintains a minimum of 25% of the account balance as of the date of this order. If said minimum is maintained, Defendant 58's financial accounts shall be unfrozen.

        iii. Defendant 59 may transfer or dispose of any money or other of Defendant 59's assets in Defendant 59's financial accounts, as long as each financial account maintains a minimum of 25% of the account balance as of the date of this order. If said minimum is maintained, Defendant 59's financial accounts shall be unfrozen.

        iv. Defendant 60 may transfer or dispose of any money or other of Defendant 60's assets in Defendant 60's financial accounts, as long as each financial account maintains a minimum of 25% of the account balance as of the date of this order. If said minimum is maintained, Defendant 60's financial accounts shall be unfrozen.

It is SO ORDERED.

Signed this 2nd day of August 2024.

_____
Lindsay C. Jenkins
Emergency Judge