UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Spectrum Brands, Inc., et al.

                                                   Plaintiff,

v.                                                        Case No.: 1:24−cv−04849

                                                       Honorable John J. Tharp Jr.

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated Associates
Identified in Schedule A, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiffs' motion for entry of default judgment [272] is taken under advisement. Any objections or responses are due by 12/6/24. The plaintiffs are directed to provide the defendants with notice of the default proceedings against them by 11/26/24. To effectuate that notice, the Court directs the plaintiffs to (1) update the website through which they have been publishing information about the case to provide notice of their motion for entry of default judgment, as well as the deadline to object set forth in this order, and (2) send an email to the email addresses provided for the defendants by third parties (or otherwise obtained by the plaintiffs) informing the defendants of the default proceedings against them and containing a link to the updated website. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.