**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SPECTRUM BRANDS, INC.; PET
TECHNOLOGY WORLDWIDE, LLC,

        Plaintiffs,

        v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATES
IDENTIFIED IN SCHEDULE A,

        Defendants.

Case No. 1:24-cv-04849

Judge John J. Tharp, Jr.

Magistrate Judge Maria Valdez

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiffs Spectrum Brands, Inc. and Pet Technology Worldwide, LLC (together, "Spectrum") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Spectrum having moved for entry of Default and Default Judgment against the defendants identified on the list attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Spectrum having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that Spectrum has provided a basis to conclude that Defaulting Defendants have sold products infringing directly and/or indirectly Spectrum's United States utility patent, U.S. Patent No. 8,960,129 (the '129 Patent) and are therefore liable for patent infringement (35 U.S.C. § 271).

Accordingly, this Court orders that Spectrum's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling, and importing any product not authorized by Spectrum that infringes upon the '129 Patent;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the '129 Patent; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting

Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell goods infringing the '129 Patent.

3. Upon Spectrum's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of goods infringing the '129 Patent.

4. The eighty seven thousand dollar ($87,000) surety bond posted by Spectrum is hereby released to Spectrum or its counsel, Robins Kaplan LLP, plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Spectrum or its counsel plus any accrued interest.

This is a Default Judgment.

Date: December 10, 2024

John J. Tharp, Jr.
United States District Judge

# Defaulting Defendants

| No. | Defendant/Business Name |
|---|---|
| 4 | SHENZHENSHITUOXINMAOYIYOUXIANGONGSI |
| 7 | chuanfeng wu |
| 9 | Shenzhen Chengxin Technology Co., Ltd. |
| 10 | shenzhenshifatumaizhinengkejiyouxiangongsi |
| 11 | Shenzhenshi Bitenda Technology Co., Ltd |
| 18 | Nanjing Xuanzhong Electronics Co.,Ltd |
| 24 | Shenzhenheweishenggongyinglianguanliyouxiangongsi |
| 27 | foshanshiketeruikejiyouxiangongsi |
| 29 | shandongyixunxinxikejiyouxiangongsi |
| 33 | Quanzhou Fengze District Nano Trading Co., Ltd. |
| 36 | cixitongbangdianzishangwuyouxianzerengongsi |
| 39 | guangzhoushi 108 shenxinling jiankang zixun co.,Ltd |
| 40 | linxianzhenhuarizamenshibu |
| 42 | ShenZhenShiFuTianQuYuanKaiSiMengDianZiShangHang |
| 43 | shenzhenshi xunshijiekeji youxiangongsi |
| 46 | guchengxianzuiheshangmaoyouxiangongsi |
| 47 | PANLIJUAN |
| 52 | chengduliuhaotingshangmaoyouxiangongsi |
| 53 | NINGBO JUN WU ZHI NENG KE JI YOU XIAN GONG SI |
| 55 | hangzhouyingshikejiyouxiangongsi |
| 56 | TIANJINSHIJIAQIXINXIKEJIYOUXIANGONGSI |
| 61 | DongGuan Shi Yue An DianZiKeJi YouXian GongSi |
| 62 | Dong Guan Shi Peng Xuan Dian Zi Shang Wu You Xian Gong Si |
| 67 | Foshanshihaochenmaoyiyouxiangongsi |
| 73 | Aimei Paper Technology Development Co., Ltd. |
| 74 | zhuhaishixuhuizaishengziyuanhuishouyouxiangongsi |
| 75 | weifangchangbiyuanchongwuyoniminvouxiangongsi |
| 78 | SuiNingFengRuiQiShangMaoYouXianGongSi |
| 81 | Suzhou Nadi Yuntong Trading Co.,Ltd. |
| 82 | Rouiuan Wang |
| 85 | USHOW GLOBAL BUSINESS CO., LIMITED |
| 87 | weifangxihagouwenhuachuanboyouxiangongsi |
| 89 | Hefeishixiluoshangwuzixunyouxiangongsi |
| 90 | dongguanshimanshoudianzishangwuyouxiangongsi |
| 94 | Guangzhouhongbaidamaoyiyouxiangongsi |
| 97 | Ningboyingxingdianzikejiyouxiangongsi |
| 98 | wuhangaohaokejiyouxianzerengongsi |